USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
DENISA GHIVECI,                                                   :
                                        Plaintiff,                :
                                                                  :
                -against-                                         :
                                                                  :
                                                                  :
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU         :       21-CV-6590 (VEC)
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O.         :
GARZA, JR., DAVID GARZA-SANTOS, JANET H.         :
KENNEDY, MITCHELL J. KREBS, HENRY J.             :
MAIER, THOMAS A. MCDONNELL, PATRICK J.           :
OTTENSMEYER                                                       :
                                        Defendants.               :
                                                                  :
------------------------------------------------------------------X


------------------------------------------------------------------X
                                                                  :
JEWELTEX MANUFACTURING INC.                                       :
RETIREMENT PLAN,                                                  :
                                        Plaintiff,                :
                                                                  :
                -against-                                         :
                                                                  :
                                                                  :       21-CV-6633 (VEC)
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU         :
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O.         :
GARZA, JR., DAVID GARZA-SANTOS, JANET H.         :
KENNEDY, MITCHELL J. KREBS, HENRY J.             :
MAIER, THOMAS A. MCDONNELL, PATRICK J.           :
OTTENSMEYER,                                                      :
                                        Defendants.               :
                                                                  :
------------------------------------------------------------------X

```
-----------------------------------------------------------------X
                                               :
ROSENFELD FAMILY FOUNDATION,                   :
                                               :
                            Plaintiff,         :
                                               :
          -against-                            :
                                               :
                                               :          21-CV-6670 (VEC)
KANSAS CITY SOUTHERN, LYDIA I. BEEBE, LU       :
M. CORDOVA, ROBERT J. DRUTEN, ANTONIO O.       :
GARZA, JR., DAVID GARZA-SANTOS, JANET H.       :
KENNEDY, MITCHELL J. KREBS, HENRY J.           :
MAIER, THOMAS A. MCDONNELL, PATRICK J.         :
OTTENSMEYER,                                   :
                            Defendants.        :
                                               :
-----------------------------------------------------------------X
```

## ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the cases 21-CV-5551, 21-CV-5726, 21-CV-5800, 21-CV-6590, 21-CV-6633, and 21-CV-6670 were all assigned to the undersigned as related cases; and

WHEREAS on August 11 and 12, 2021, Plaintiffs in the cases 21-CV-5551, 21-CV-5726, and 21-CV-5800 filed notices of voluntary dismissal, which noted that the cases were now moot, *see* 21-CV-5551, Dkts. 13, 16, 17;

IT IS HEREBY ORDERED that by no later than **Friday, August 27, 2021**, Plaintiffs in 21-CV-6590, 21-CV-6633, and 21-CV-6670 must either file notices of voluntary dismissal or a joint letter updating the Court on the status of these matters.


**SO ORDERED.**

Date:  **August 18, 2021**                        _____
       **New York, NY**                               **VALERIE CAPRONI**
                                                  **United States District Judge**